**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Alexander William FETTERS,**
**Defendant-Appellant.**

No. 15-35165

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2017 *

Filed May 31, 2017

Timothy John Racicot, Assistant U.S. Attorney, USMI—Office of the U.S. Attorney, Missoula, MT, for Plaintiff-Appellee

David F. Ness, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana (Great Falls), Great Falls, MT, for Defendant-Appellant

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Alexander William Fetters appeals from the district court's judgment dismissing his 28 U.S.C. § 2255 motion. We have jurisdiction under 28 U.S.C. § 2253. We review de novo the district court's denial of a section 2255 motion, *see United States v. Manzo*, 675 F.3d 1204, 1209 (9th Cir. 2012), and we affirm.

Fetters contends that his sentence as a career offender under U.S.S.G. § 4B1.1 is unconstitutional because *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), invalidated U.S.S.G. § 4B1.2(a)(2)'s residual clause, and therefore his prior criminal endangerment convictions no longer qualify as predicate crimes of violence. Fetters's argument is foreclosed. *See Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 895, 197 L.Ed.2d 145 (2017) (holding that "the advisory Sentencing Guidelines are not subject to a vagueness challenge under the Due Process Clause and that § 4B1.2(a)'s residual clause is not void for vagueness").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).